No. 81–2197.   KRANDA *v.* HOUSER-NORBORG MEDICAL CORP. ET AL.   Appeal from Ct. App. Ind. dismissed for want of substantial federal question.

No. 81–2310.   ELLERBE *v.* OTIS ELEVATOR CO.   Appeal from Ct. App. Tex., 1st Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 81–2377.   GIANECHINI, TUTRIX OF THE ESTATE OF GIANECHINI *v.* CITY OF NEW ORLEANS ET AL.   Appeal from Ct. App. La., 4th Cir., dismissed for want of substantial federal question.

No. 81–2383.   BOSWELL, INC., DBA BROADACRES *v.* HARKINS, SECRETARY, KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT; and BOSWELL, INC., DBA RENO COUNTY ADULT CARE HOME *v.* HARKINS, SECRETARY, KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT.   Appeals from Sup. Ct. Kan. dismissed for want of substantial federal question.   Reported below: 230 Kan. 738, 640 P. 2d 1208 (first case); 230 Kan. 610, 640 P. 2d 1202 (second case).

No. 81–2403.   THRELKELD ET AL. *v.* ROBBINSDALE FEDERATION OF TEACHERS, LOCAL 872, AFL–CIO, ET AL.   Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 81–6818.   CHRISTENSEN *v.* UTAH.   Appeal from Sup. Ct. Utah dismissed for want of substantial federal question.

No. 82–5.   SUPERIOR OIL CO. *v.* CITY OF PORT ARTHUR, TEXAS, ET AL.   Appeal from Ct. App. Tex., 9th Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 82–77.   GRIFFIN ET AL. *v.* SIMS ET AL.   Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.